UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16-CV-0050-GNS

JANICE COLSTON, as Executrix of the
Estate of Tommie Haugabook, deceased                                        PLAINTIFF

v.

REGENCY NURSING, LLC                                                         DEFENDANT

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 34), and the Court on this dated having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
February 6, 2018

cc:   counsel of record